IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
NORTHERN DIVISION

MICHAEL TODD MANNING                                                                          PLAINTIFF

v.                                         3:22-CV-00284-BRW

CINDY LUANN RICHARDSON, ET AL.                                                       DEFENDANTS

**ORDER**

    A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Mr. Manning contends that Cindy LuAnn Richardson "and her group" have placed a radio tracker on him without his permission. He says that he has continually been stalked, harassed, and tormented with radiation, which has prevented him from thinking freely.

    Because Plaintiff's complaint is nonsensical, frivolous, and states no cause of action against Defendants for which relief may be granted, this case is DISMISSED. The motion to proceed *in forma pauperis* (Doc. No. 1) is MOOT.

    Notably, this complaint is nearly identical to the one Plaintiff filed just last month.[2] It also was dismissed as frivolous. If Plaintiff continues to file frivolous complaints, I may direct the Clerk of the Court to stop accepting them.

    IT IS SO ORDERED this 3rd day of November, 2022.

                                                   Billy Roy Wilson
                                                   UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] *Manning v. Richardson, et al.*, No. 3:22-cv-00259-JM (E.D. Ark. Oct. 3, 2022). The case was dismissed as frivolous on October 11, 2022.